# COUNTY OF SUFFOLK

VINCENT PULEO
SUFFOLK COUNTY CLERK

631-852-2000 ext. 55859

Date: AUG 2 1 2026

26cv4859(LGD)

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 621221 | 2026, along with a copy of the Notice of Removal or 8019(c) with order.

Since the above mentioned case is E-filed, there are no hard copies of the documents. If you need hard copies of the case, please refer to the Attorneys representing the parties who should be able to furnish your office with such copies.

If you have any questions, please call the number at the top of this page.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 27 2026 ★
LONG ISLAND OFFICE

Thank you,

Tracy Lorenz

Administrative Assistant

E-filing Coordinator

Rev. 12/02/2022

CC # : C26-48431

# COUNTY CLERK'S OFFICE

**STATE OF NEW YORK**

COUNTY OF SUFFOLK

The Clerk of the County of Suffolk and of the Supreme and County Courts thereof,the same being Courts of Record, hereby certify that I have compared the annexed with the original

**CLERKS MINUTES NYSCEF**

filed in my office on **08/21/2026**

and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **8/21/2026** .

**SUFFOLK COUNTY CLERK**

V Puleo

**VINCENT PULEO**

**SEAL**

NYSCEF
Suffolk County Supreme Court

**Document List**
**Index # 621221/2026**

Created on:08/21/2026 09:54 AM

Case Caption: **MATHIAS SEIBERT v. WALMART INC. et al**
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Processed | 07/27/2026 | Gerschman, N. |
| 2 | AFFIRMATION/AFFIDAVIT OF SERVICE WALMART INC. | Processed | 08/04/2026 | Gerschman, N. - filed by PM LEGAL |
| 3 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | Processed | 08/04/2026 | Gerschman, N. - filed by PM LEGAL |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE WAL-MART STORES EAST, LP | Processed | 08/05/2026 | Gerschman, N. - filed by PM LEGAL |
| 5 | NOTICE OF REMOVAL / REMAND (PRE RJI) | Processed | 08/10/2026 | O'Connor, P. |
| 6 | EXHIBIT(S) - A<br>Ex. A - Notice of Removal | Processed | 08/10/2026 | O'Connor, P. |
| 7 | AFFIRMATION/AFFIDAVIT OF SERVICE ALICE SHI | Processed | 08/17/2026 | Gerschman, N. - filed by PM LEGAL |

WM 26-656
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-----------------------------------------------------------------------X
MATHIAS SEIBERT,

**Index No.: 621221/2026**

Plaintiff,

-against-

**NOTICE OF REMOVAL**

WALMART INC., WAL-MART STORES EAST, LP and ALICE SHI,

Defendants.
-----------------------------------------------------------------------X

COUNSELORS:

PLEASE TAKE NOTICE, that upon the removal of this action from the Supreme Court of the State of New York, County of Suffolk, to the United States District Court for the Eastern District of New York, a Notice of Removal, a copy of which is annexed hereto was duly filed in the office of the Clerk of the United States District Court for the Eastern District of New York on the 10th day of August, 2026.

Dated: Northport, New York
August 10, 2026

Yours, etc.

O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant
WAL-MART STORES EAST, LP i/s/h/a
"WALMART INC. and
WAL-MART STORES EAST, LP"

By: s/
PATRICIA A. O'CONNOR (PO 5645)
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778
File No.: WM 26-656

TO: MORGAN & MORGAN NEW YORK PLLC
Attorneys for Plaintiff
199 Water Street, 15th Floor
New York, New York 10038
(917) 344-7021