UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MATHIAS SEIBERT,

Plaintiff,

-against-

WALMART INC., WAL-MART STORES EAST, LP and ALICE SHI,

Defendants.
---------------------------------------------------------------------X

**Docket No.:** 26-cv-04859

**NOTICE OF APPEARANCE**

COUNSELLORS:

PLEASE TAKE NOTICE, that the defendant, WAL-MART STORES EAST, LP i/s/h/a "WALMART INC. and WAL-MART STORES EAST, LP", hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant and all papers in this action be served upon the undersigned at the office and post office address states below.

Dated: Northport, New York
October 7, 2026

Yours, etc.

O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendants

By: s/____________________________
BRUNA BOMFIM
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778
File No.: WM 26-656 PO

TO: MORGAN & MORGAN NEW YORK PLLC
Attorneys for Plaintiff
199 Water Street, 15th Floor
New York, New York 10038
(917) 344-7021