UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Sandra Felgueiras |
| **DATE:** | **October 7, 2026** |
| **TIME:** | **11:00AM** |
| **FORMAT:** | ☒ In Person ☐ Video Conference ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **26-cv-04859-LGD** |
| **NAME OF CASE(S):** | Seibert v. Walmart Inc. et al |
| **FOR PLAINTIFF(S):** | Nicholas Gerschman |
| **FOR DEFENDANT(S):** | Bruna Daley |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 11:11-11:25 |

**RULINGS FROM INITIAL CONFERENCE:**

Case called. Counsel for all sides present.
For the reasons stated on the record, the parties' Joint Proposed Scheduling Order (DE [11]) is APPROVED in part as follows: (1) date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made, is **10/07/2026**; (2) date for completion of preliminary discovery necessary for reasoned consideration of settlement, is **11/13/2026**; (3) date for completion of fact discovery is **4/30/2027**; (4) date for exchange Plaintiff's expert reports is **5/28/2027**, for Defendant's expert reports is **6/25/27**, and rebuttal reports, if any, is **7/16/27**; (5) date for completion of expert discovery is **8/13/27**; (6) date for submission of joint certification of completion of all discovery is **8/20/27**; and (7) final date for all dispositive motion practice is **9/10/27**. The Court currently declines to schedule a date for a settlement conference.

Additionally, any motion to amend the pleadings to add claims or join additional parties must be filed by **1/8/2027**. Any such motion filed on or after **1/9/2027** will be denied absent a showing of good cause under Fed. R. Civ. P. 16(b)(4). *See Sacerdote v. New York University*, 9 F. 4th 95, 115 (2d Cir. 2021).
The parties are directed to file a supplemental letter addressing the basis for diversity jurisdiction by **10/16/26**. The parties are directed to file a joint status report by **12/20/26**.

Finally, the parties are directed to submit a Direct Assignment Acknowledgment Form by **10/26/2026.**

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge