O'CONNOR & O'CONNOR
ATTORNEYS AT LAW

7 BAYVIEW AVENUE
NORTHPORT, NEW YORK 11768

(631) 261-7778
Fax (631) 261-6411

THOMAS M. O'CONNOR⋆
PATRICIA A. O'CONNOR
TANYA M. DeMAIO
MICHAEL FEINER
JOSEPH T. O'CONNOR

RICHARD SHERIDAN
LAUREN ANGELORO
BRUNA BOMFIM

⋆ Also Admitted to Connecticut Bar

Of Counsel
ROBERT C. POLIZZO, JR.
MARK R. GUARRIELLO

October 9, 2026

Hon. Magistrate Lee G. Dunst
via ECF only

Re: Seibert v. Wal-Mart Stores East, LP
26 CV 4859

Honorable Judge:

Please let this serve as the parties' joint response addressing the basis for diversity jurisdiction.

In his complaint, the plaintiff demanded judgment in an amount that exceeds the minimum amount in controversy required for federal diversity jurisdiction. Plaintiff suffered a comminuted displaced fracture of the right distal fibula requiring an ORIF on April 26, 2026. He also suffered an acute compression fracture of the fifth lumbar vertebra. Plaintiff remained in hospital/rehabilitation from April 24, 2026 through May 14, 2026 (Ex. A Plaintiff's Responses and Objections to Defendant's First Set of Interrogatories). In addition, Plaintiff has conveyed a settlement demand that is significantly higher than the amount in controversy requirement under 28 U.S.C. § 1332. Schumacher v. Sunrise Senior Living Mgmt., 2021 US Dist LEXIS 5166 (court may review evidence outside the pleadings to ensure amount in controversy is satisfied); Felipe v. Target Corp., 572 F. Supp. 2d 455 (SDNY 2008) (court may look at the sum of evidence and conclude that there is a reasonable probability that the claim is in excess of the statutory jurisdictional amount).

Plaintiff, Mathias Seibert, has resided in Ronkonkoma, New York since 1978. His social security number was issued in New York. He is registered to vote in New York. All indicia of domicile point to plaintiff being domiciled in and a resident of New York State.

Wal-Mart Stores East, LP i/s/h/a "Walmart, Inc. and Wal-Mart Stores East, LP" is the operator of the Centereach Walmart store. It is a Delaware limited partnership. WSE Investment, LLC is the sole limited partner and WSE Management, LLC is the sole general partner of Wal-Mart Stores East, LP. Both WSE Investment, LLC and WSE Management, LLC are Delaware limited liability companies, and the sole member of both WSE Investment, LLC and WSE Management, LLC is Wal-Mart Stores East, LLC. Wal-Mart Stores East, LLC is an Arkansas limited liability company, and its sole member is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in Arkansas. Thus, for diversity purposes, the defendant is a citizen of the states of Delaware and Arkansas. See Carden v. Arkoma Assocs., 494 U.S. 185, 195-96 (1990) (stating that, for purposes of diversity jurisdiction, a limited partnership has the citizenship of each of its general and limited partners); Handelsman v. Bedford Village Assocs. Ltd. Pshp., 213 F.3d 48 (2d Cir. 2000) (citing Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir.1998)) (stating that, for purposes of diversity jurisdiction, a limited liability company has the citizenship of its members).

The jurisdictional requirements of §1332(a) were met. Plaintiff is a citizen of New York. Defendant is a citizen of Delaware and Arkansas. The amount in controversy exceeds $75,000.

As to the individually named defendant, "Alice Shi," there is no such individual employed at the Centereach store. Further, Wal-Mart Stores East, LP, removed this matter to federal court on August 10, 2026 before any alleged service upon "Alice Shi."

Respectfully submitted,

*Patricia A. O'Connor*

*Nicholas Gerschman*